MARIANNA BUNICONTRA, PLAINTIFF-PETITIONER, v. FRANCIS A. DUVAL, DEFENDANT-RESPONDENT.

*Messrs. Marcus & Levy* and *Mr. Harry Chashin* for the petitioner.

*Mr. Louis Santorf* for the respondent.

October 2, 1961.  Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. GINO UMBERTO ALFARE, DEFENDANT-PETITIONER.

*Mr. Lawrence Wolfberg* for the petitioner.

*Mr. H. Douglas Stine* and *Mr. John J. Dugan* for the respondent.

October 2, 1961.  Denied.